**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HULEN T. HARRELL, | No. 11-15500 |
| Plaintiff - Appellant, | D.C. No. 2:04-cv-01968-JAM-DAD |
| v. | |
| P. D. PALMER, CDC Captain; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted April 17, 2012[**]

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

Former California state prisoner Hulen T. Harrell appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action seeking an

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

injunction ordering his transfer to Building V at Folsom State Prison.  Our jurisdiction is governed by 28 U.S.C. § 1291, and we dismiss the appeal.

Harrell has completed his term of imprisonment.  Therefore, we dismiss Harrell's appeal as moot.  *See Alvarez v. Hill*, 667 F.3d 1061, 1064 (9th Cir. 2012) (inmate's release from prison generally will moot pending claims for injunctive relief).

**DISMISSED.**